UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  Josie Maria Greene  Case No. **08-32788-KRH**
Debtor(s)  Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

   **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **11/23/2009** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     Josie Maria Greene                     Case No.    **08-32788-KRH**
           Debtor(s)                              Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:          Richard J. Oulton, Esq.
                                       The Debt Law Group, PLLC
                                       2800 N. Parham Rd, Ste 100
                                       Henrico, VA 23294
                                       Attorney for the Debtor(s)

:     Chapter 13 Trustee:   Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

> Attend a hearing which will be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

1/4/2011                                          /s/ Richard J. Oulton

        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        The Debt Law Group, PLLC
        2800 N. Parham Rd, Ste 100
        Henrico, VA 23294
        (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

        /s/ Richard Oulton
        Richard J. Oulton

**Service list:**

**Carl M. Bates**
**P. O. Box 1819**
**Richmond, VA 23218-1819**

**NAME AND ADDRESSES OF CREDITORS**

```
Acs/Slc Higher Ed Lns
501 Bleecker St
Utica, NY 13501


Cap One
PO Box 85520
Richmond, VA 23285


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093


Capital One Auto Finance
P.O. Box 260848
Plano, TX 75026-0848


Cit/Fhut
6250 Ridgewood Road
St Cloud, MN 56303


Citibank
701 E. 60th St North
Sioux Falls, SD 57104-0432


Credit One Bank
Po Box 98875
Las Vegas, NV 89193


Fia Csna
Po Box 17054
Wilmington, DE 19884


Friedman & MacFadyen, P.A.
1601 Rolling Hills Drive
Surry Building, Suite 125
Richmond, VA 23229


Friendman & MacFadyen, P.A.
Totman Building, Suite 400
210 E. Redwood St.
Baltimore, MD 21202-3399
```

```
Henrico Doctor's Hospital
P.O. Box 13620
Richmond, VA 23225-8620


Hfc
P.O. Box 1547
Chesapeake, VA 23327


Jeronn Lightfoot
7109 Staples Mill Rd
Suite 109
Richmond, VA 23238


Nissan Motor Acceptance
c/o GC Services Limited Partn
P.O. Box 5220
San Antonio, TX 78201


Nissan Motor Acceptance
P.O. Box 660360
Dallas, TX 75266


Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL 32444


Sprint
P.O. Box 62012
Baltimore, MD 21264-2012


Wachovia Education Fin
Po Box 13667
Sacramento, CA 95853


Wffinance
9710 Midlothian Tpke
Richmond, VA 23235


Wfnnb/Peebles
Po Box 64
Jacksonville, TX 75766
```

```
Wolpoff & Abramson, LLP
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD 20850-5775
```